**UNITED STATES DISTRICT COURT**
**MIDDLE DIVISION OF FLORIDA**

| | |
|---|---|
| ANA ESPINA,<br><br>     *Plaintiff,*<br><br> -against-<br><br>CORELOGIC CREDCO, LLC,<br><br>     *Defendant.* | **COMPLAINT AND DEMAND FOR JURY TRIAL** |

  By and through the undersigned counsel, Plaintiff Ana Espina ("Plaintiff"), with knowledge as to Plaintiff's own acts and investigation of counsel as to the acts of others, and believing that further investigation and discovery will confirm that the allegations recited herein have substantial evidentiary support, states as follows:

**<u>Introduction</u>**

1. Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"), Plaintiff brings this action against Defendant Corelogic Credco, LLC ("CoreLogic" or the "CRA Defendant") to recover actual, statutory, and punitive damages. In addition, Plaintiff is entitled to an award of costs and attorney's fees in this statutory fee-shifting action.

**<u>Jurisdiction and Venue</u>**

2. The jurisdiction of this Court is conferred by 15 U.S.C. § 1681p.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2).

4. A substantial portion of the harm Defendant caused Plaintiff due to its FCRA violations was suffered by Plaintiff in this Judicial District.

**The Parties**

5. Plaintiff is an individual and "consumer" within the meaning of the FCRA. Plaintiff resided in Seffner, Florida.

6. Defendant CoreLogic is a foreign entity that conducts business in the State of Florida, and is a "consumer reporting agency" within the meaning of the FCRA.

**Plaintiff's Claims Against Defendant Pursuant to
the Fair Credit Reporting Act**

7. Plaintiff is a victim of a mixed file.[1]

8. Plaintiff's credit file with Equifax Information Services LLC was mixed to include information from one or more other individuals (hereinafter, the information not attributable to Plaintiff is the "Mixed Information").

9. Bank of America requested Plaintiff's credit file from CoreLogic as part of a process to determine if Plaintiff qualified for a mortgage.

10. CoreLogic, in turn, requested Plaintiff's Equifax, Experian, and Trans Union credit reports to generate a "tri-merge" report reflecting Plaintiff's creditworthiness.

11. CoreLogic resold Plaintiff's reports to Bank of America, and included the inaccurate information Equifax had provided.

12. The inaccurate information CoreLogic provided to Bank of America resulted in Plaintiff being denied a mortgage.

13. CoreLogic published Mixed Information to Bank of America on September 6, 2022. This publication defamed Plaintiff, thereby:

    a. Giving Bank of America the false impression that Plaintiff was a poor credit risk,

    b. Impugning Plaintiff's reputation and character.

---

[1] A mixed file refers to a situation in which one or more consumer reporting agencies mix or merge the information of more than one consumer into a single consumer file.

    c. Causing Plaintiff to suffer substantial emotional distress.

    d. Resulting in Plaintiff being denied a mortgage.

*Damages*

14. At all times pertinent hereto, the conduct of CoreLogic and its agents was malicious, intentional, willful, reckless, and in wanton disregard for the rights of Plaintiff pursuant to the FCRA.

15. In the alternative, the conduct of CoreLogic and its agents was in negligent disregard of the rights of Plaintiff pursuant to the FCRA.

16. CoreLogic, as a direct and proximate result of its unlawful actions, conduct, and omissions, published inaccurate information about Plaintiff to third parties.

17. CoreLogic's publication of inaccurate information about Plaintiff caused Plaintiff to suffer damages cognizable pursuant to the FCRA, including but not necessarily limited to the following:

    a. Plaintiff suffered substantial emotional distress.

    b. Plaintiff was defamed by CoreLogic, which published false information about Plaintiff that damaged Plaintiff's reputation for creditworthiness. Such defamation further contributed to, among other things, Plaintiff's ongoing emotional distress.

    c. Plaintiff also suffered at least one credit denial.

18. The damages Plaintiff suffered are cognizable actual damages under the Fair Credit Reporting Act.

19. Because of Defendant's willful violations of the fair credit laws, Plaintiff is entitled to an award of actual damages (or statutory damages), such punitive damages as the Court may allow, and Plaintiff's costs and reasonable attorney's fees.[2]

---

[2] Even if a jury finds that a Defendant's unlawful conduct was merely negligent, Plaintiff would still be entitled to an award of actual damages, costs, and reasonable attorney's fees in this fee-shifting action.

## CAUSE OF ACTION
## VIOLATIONS OF THE FCRA BY CORELOGIC
## (CONSUMER REPORTING AGENCY)

20. CoreLogic violated FCRA § 1681e(b) by preparing and publishing one or more inaccurate consumer reports about Plaintiff to third parties because CoreLogic did not follow reasonable procedures to assure maximum possible accuracy of information it reported about Plaintiff. Those consumer reports, upon information and belief, contained inaccurate information about Plaintiff, including but not necessarily limited to the Mixed Information.

**WHEREFORE**, Plaintiff seeks judgment in Plaintiff's favor and damages and equitable relief against Defendant:

1. Awarding against Defendant actual damages, statutory damages, punitive damages, costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n and § 1681o.

2. Such other and further relief as may be necessary, just, and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff demands a trial by jury as to all issues so triable.

Dated: February 14, 2024,

   **/s/ Jonathan Benjamin**   
JONATHAN BENJAMIN
Florida Bar No. 91315
**BENJAMIN LAW PRACTICE, PLLC**
4581 Weston Road, Suite 155
Weston, FL 33331
Telephone: (954) 716-8362
Facsimile: (954) 477-8020
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY* that on February 14, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System and that the forgoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

___**/s/ Jonathan Benjamin**___
JONATHAN BENJAMIN
Florida Bar No. 91315
**BENJAMIN LAW PRACTICE, PLLC**
4581 Weston Road, Suite 155
Weston, FL 33331
Telephone: (954) 716-8362
Facsimile: (954) 477-8020
Attorney for Plaintiff
